**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **BETTY MADEWELL,** | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:13CV581-RSP |
| v. | § § § | |
| **GREGG COUNTY,** | § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT GREGG COUNTY

ON THIS DAY came on to be considered the Agreed Motion to Dismiss with Prejudice as to Defendant GREGG COUNTY, and the Court, having considered said Motion finds that it is well taken and should be GRANTED; it is therefore,

ORDERED, ADJUDGED AND DECREED that this cause is dismissed with prejudice as against Defendant GREGG COUNTY.

It is further ORDERED that each party shall be responsible for bearing their own costs of court and fees.

**SIGNED this 14th day of June, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE